I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2·1·12

DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

JS6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
FEB - 1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MARTINEZ,<br><br>    Petitioner,<br><br>vs.<br><br>KNIPP (Warden),<br><br>    Respondent. | Case No. CV 12-0275-CAS (RNB)<br><br>**JUDGMENT** |

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 1/26/12

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE